No. 81–711. MESA PETROLEUM CO. *v.* KANSAS POWER & LIGHT CO., INC., ET AL. Sup. Ct. Kan. Motions of Kansas Independent Oil & Gas Association et al. and Legal Foundation of America for leave to file briefs as *amici curiae* granted. Certiorari denied. JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE BLACKMUN would grant certiorari.

No. 81–973. UNITED STATES *v.* DAHLSTRUM. C. A. 9th Cir. Certiorari denied. THE CHIEF JUSTICE, JUSTICE POWELL, and JUSTICE O'CONNOR would grant certiorari and summarily reverse the judgment.

No. 81–1043. FEDERAL PRESCRIPTION SERVICE, INC., ET AL. *v.* AMERICAN PHARMACEUTICAL ASSN. C. A. D. C. Cir. Motion of National Association of Mail Service Pharmacies for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 81–5899. GATES *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 80–848. PIPER AIRCRAFT CO. *v.* REYNO, PERSONAL REPRESENTATIVE OF THE ESTATES OF FEHILLY ET AL., 454 U. S. 235; and

No. 80–883. HARTZELL PROPELLER, INC. *v.* REYNO, PERSONAL REPRESENTATIVE OF THE ESTATES OF FEHILLY ET AL., 454 U. S. 235. Petition for rehearing denied. JUSTICE POWELL and JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 81–5186. SALAMA *v.* VIRGINIA ET AL., 454 U. S. 874. Petition for rehearing denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.